## Case No. 8,241.

### LEMON v. BACON.

[4 Cranch, C. C. 466.] [1]

Circuit Court, District of Columbia. May Term, 1834.

EVIDENCE—DOCUMENTS—RECORD COPY.

An absolute deed of goods and chattels need not be recorded, and a record copy is not evidence.

[See Bacon v. Bancroft, Case No. 714; Barger v. Miller, Id. 979.]

[Action for freedom by Kitty Lemon, a negress, against Ebenezer Bacon.]

Mr. Key and Mr. Hodgson, for plaintiff, offered in evidence the record of a deed of personal property.

Mr. Taylor, for defendant, objected that a record copy of an absolute deed of goods and chattels, for valuable consideration, need not be recorded, and derives no validity therefrom; and a record copy is not evidence. And such was the opinion of the COURT (nem. con.)

(See statute of frauds of Virginia [1 Rev. Code, 1802] p. 16.)

## Case No. 8,242.

### LENG v. MURPHY.

[Cited in Kennedy v. Hartranft, 9 Fed. 20. Nowhere reported; opinion not now accessible.]